# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Eric Miller, | ) | |
|     Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | No. 22-1735 |
| | ) | |
| Colonial Pipeline Company, et al. | ) | |
|     Defendants - Appellees. | ) | (District Court No. 3:21-cv-762) |
| _____ | ) | |

## NOTICE REGARDING DEFENDANTS–APPELLEES' RESPONSE BRIEF

In accordance with Local Rule 34(b), Defendants – Appellees the United States of America and Jessica D. Aber, by counsel, hereby inform the Court that they have elected not to file an informal response brief. For the reasons stated in the district court's thorough opinion below, the judgment should be affirmed.

Dated: September 2, 2022

                                                    Respectfully submitted,

                                                    JESSICA D. ABER
                                                    UNITED STATES ATTORNEY

                                   By:   /s/_____
                                              Jonathan H. Hambrick
                                              Virginia State Bar No. 37590
                                              Attorney for Federal Defendants - Appellees
                                              Office of the United States Attorney
                                              919 East Main Street, Suite 1900
                                              Richmond, Virginia 23219
                                              (804) 819-5400 (phone)
                                              (804) 771-2316 (fax)
                                              jay.h.hambrick@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I also hereby certify that this same day I have mailed a copy of the foregoing by U.S. mail, postage prepaid, to:

Eric Miller
9193 Old Dumfries Road
Catlett, Virginia 20119


By: /s/_____
Jonathan H. Hambrick
Virginia State Bar No. 37590
Attorney for Federal Defendants - Appellees
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 771-2316 (fax)
jay.h.hambrick@usdoj.gov